IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

DIEGO RIVERA RODRIGUEZ

XXX-XX-8291

Debtor

CASE NO. 10-00114 SEK

Chapter 13

**FILED & ENTERED ON 04/07/2011**

O R D E R

For the reasons stated in the Trustee's Motion to Dismiss filed on 02/09/2011 this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 7 day of April, 2011.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: ALL CREDITORS
   DEBTOR
   JOSE M PRIETO CARBALLO
   JOSE RAMON CARRION MORALES